IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| CHERYL HARRISON and ELDON HARRISON, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| MEDTRONIC SOFAMOR DANEK, USA, INC., | ) ) ) ) |
| Defendant. | ) |

No. 05-03442-CV-S-DW

**ORDER**

Plaintiffs inform the Court that this case was settled several months ago. Therefore, the Court hereby ORDERS that this case is DISMISSED WITH PREJUDICE, with all parties to bear their own costs and fees.

SO ORDERED.

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

Date: September 15, 2006